```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHLEY FRANCIS,

                Plaintiff,

v.

580 ST. NICHOLAS BCR, LCC AND
JULET MASTERS EVENTS, INC.,

                Defendants.

22-CV-3808 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 16, 2022, the Court issued an order directing the parties to, within 45 days of service of the summons and complaint, submit a joint letter indicating their preferences between mediation and scheduling an initial conference in this matter. Although the summons and complaint were served on Defendants on May 17, 2022, no such letter has been filed. By no later than August 17, 2022, the parties shall file a joint letter requesting that the Court either (1) refer this case to mediation or a magistrate judge (and indicate a preference between the two) or (2) schedule an initial status conference in this matter.

SO ORDERED.

Dated:    August 10, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge