# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

August 11, 2022

<u>Via ECF</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York

      **Re:**    *Ashley Francis v. 580 St. Nicholas BCR, LLC and Juliet Masters Events, Inc.*

           **Docket No. 1:22-cv-03808 (RA)(RWL)**

Dear Judge Abrams:

      We represent the plaintiff in the above-entitled action. Pursuant to Your Honor's Order of August 10, 2022, we write to respectfully ask the Court to adjourn the August 17, 2022 deadline to file a joint letter by one month to September 16, 2022. The reason for this request is because neither defendant has appeared in this action and plaintiff is making efforts to obtain their appearance. Plaintiff therefore seeks the additional time to try to obtain the appearance of counsel for the defendants and, if no appearance, then plaintiff will move for a certificate of default and thereafter a default judgment. Thank you for your time and attention to this matter. With kindest regards, I am

                              very truly yours,

                              /s/
                           Glen H. Parker, Esq.

If Defendants have not appeared in this action by September 16, 2022, Plaintiff shall move for default judgment by that date.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 12, 2022